IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

WARREN BLAKE LOGAN,              )
                                 )
     Plaintiff,                  )
                                 )       CIVIL ACTION NO.
     v.                          )         2:26cv65-MHT
                                 )            (WO)
KATHY GARRIS and CHILTON         )
COUNTY JAIL,                     )
                                 )
     Defendants.                 )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Chilton County Jail, filed this lawsuit asserting that defendants violated his constitutional rights by reviewing his legal mail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff failed to comply with an order to pay the initial filing fee. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of July, 2026.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE