**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| WARREN BLAKE LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv65-MHT |
| | ) | (WO) |
| KATHY GARRIS and CHILTON | ) | |
| COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with an order to pay the initial partial filing fee.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of July, 2026.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE